**Francis Patrick SAITTA,
Plaintiff–Appellant,**

v.

**TUCSON UNIFIED SCHOOL DISTRICT, Defendant–Appellee.**

No. 15-16155

United States Court of Appeals,
Ninth Circuit.

Submitted September 27, 2016 *

Filed October 4, 2016

Francis Patrick Saitta, Pro Se

Lisa Anne Trudinger–Smith, Attorney, DeConcini McDonald Yetwin & Lacy, P.C., Tucson, AZ, for Defendant–Appellee

Before: TASHIMA, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Francis Patrick Saitta appeals pro se from the district court's summary judgment in his employment discrimination action alleging a disparate impact claim under the Age Discrimination in Employment Act ("ADEA"). We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Johnson v. Henderson*, 314 F.3d 409, 413 (9th Cir. 2002), and we affirm.

The district court properly granted summary judgment because Saitta failed to raise a genuine dispute of material fact as

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

to whether defendant's hiring practice produced an age-based disparate impact. *See Stockwell v. City & County of San Francisco*, 749 F.3d 1107, 1115 (9th Cir. 2014) (disparate impact claimant "must demonstrate a statistical disparity affecting members of the protected group"); *see also Rose v. Wells Fargo & Co.*, 902 F.2d 1417, 1421 (9th Cir. 1990) ("[P]laintiff must actually prove the discriminatory impact at issue, rather than merely an inference of discriminatory impact.").

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.